1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    SAGE KAVENY
4   Certified Student Attorney
    801 I Street, 3rd Floor
5   Sacramento, California 95814
    Telephone: (916) 498-5700

6

7
    Attorney for Defendant
8   DANNY KILLIAN

9

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14
    UNITED STATES OF AMERICA,          )   2:11-MJ-292 KJN
15                                      )
                    Plaintiff,          )
16                                      )   STIPULATION AND ORDER TO VACATE
           v.                           )   THE COURT TRIAL AND SET FOR A
17                                      )   CHANGE OF PLEA
    DANNY KILLIAN,                      )
18                                      )
                    Defendant.          )   Date:  October 31, 2011
19                                      )   Time:  9:00 a.m.
    _____   )   Judge: Kendall J. Newman
20

21

22         The United States Attorney through his respective counsel, Justin Lee, Special Assistant United

23   States Attorney, and Linda Harter, Attorney for DANNY KILLIAN, hereby stipulate to vacate the court

24   trial set for October 31, 2011 at 9:00am.

25   / / /

26   / / /

27   / / /

1    Pursuant to Rule 58(c)(2)(A) Defendant waives venue and consents to disposition of this case in

2    the Fresno Division of the Eastern District of California where he resides.  Accordingly, the parties jointly

3    request that a change of plea hearing be scheduled for October 20, 2011 at 1:30pm before Magistrate

4    Judge Dennis L. Beck in Courtroom 9.

5

6    Dated: October 13, 2011                    Respectfully submitted,

7

8                                               DANIEL BRODERICK
                                                Federal Defender
9

10                                              /s/ Linda C. Harter
                                                LINDA C. HARTER
11                                              Assistant Federal Defender
                                                Attorney for DANNY KILLIAN
12

13

14   Dated: October 13, 2011                    BENJAMIN B. WAGNER
                                                United States Attorney
15

16                                              /s/ Justin Lee
                                                JUSTIN LEE
17                                              Special Assistant U.S. Attorney

18

19                                    **ORDER**

20

21       **IT IS SO ORDERED.  THIS CASE IS TO BE TRANSFERRED TO THE FRESNO**

22   **DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO RULE**

23   **58(C)(2)(A).**

24   DATED:  October 14, 2011

25

26

27                                              _Kendall J. Newman_
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE